

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00115-CV

Hans W. Kircher and Loring T. Kircher
v.
Dean Pipeline Company, Inc.

On Appeal from the
County Court at Law No 1 of Nueces County, Texas
Trial Cause No. 2018CCV-62215-1

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs will be taxed.

We further order this decision certified below for observance.

April 11, 2019